**FAG ITALIA S.P.A. and FAG Bearings Corporation, Plaintiffs–Appellants,**

**and**

**SKF USA, Inc. and SKF Industrie S.P.A., Plaintiffs,**

**v.**

**UNITED STATES, Defendant–Appellee,**

**and**

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.**

**FAG Italia S.p.A. and FAG Bearings Corporation, Plaintiffs,**

**and**

**SKF USA, Inc. and SKF Industrie S.P.A., Plaintiffs–Appellants,**

**v.**

**United States, Defendant–Appellee,**

**and**

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.**

Nos. 03–1319, 03–1346.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Max F. Schutzman, for Plaintiffs–Appellants/Plaintiff.

Andrew B. Schroth, Mark E. Pardo, Adam M. Dambrov, Grunfeld, Desiderio, New York, NY, Jeffrey S. Grimson, Grunfeld, Desiderio, Herbert C. Shelley, Alice A. Kipel, Steptoe & Johnson, Washington, DC, for Plaintiffs–Appellants.

Terence P. Stewart, Wesley K. Caine, Lane S. Hurewitz, Deprest, Geert, Stewart and Stewart, Lafer, A. David, DeKieffer & Horgan Agency, Lucius B. Lau, David M. Cohen, Department of Justice, Washington, DC, for Defendants–Appellees.

### ORDER

Upon consideration of the unopposed motion of FAG Italia S.P.A. and FAG Bearings Corporation to sever and voluntarily dismiss their appeal, 03–1319,

IT IS ORDERED THAT:

(1) The motion is granted. All sides shall bear their own costs in appeal 03–1319.

(2) SKF USA Inc. and SKF Industrie S.P.A. are requested to inform the court, within 14 days of the date of filing of this order, how they believe appeal 03–1346 should proceed.

(3) The revised official captions are reflected above.